**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:07-CR-61 CAS |
| v. ) | |
| ) | |
| ) | |
| ADAM EDMOND O'LEARY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Lewis M. Blanton. On July 20, 2007, Judge Blanton filed a Report and Recommendation which recommended that defendant's Motion to Suppress Evidence and Statements be denied.

Defendant O'Leary filed general objections to the Magistrate Judge's Report and Recommendation on July 26, 2007. Defendant objected to the Report and Recommendation "for the reasons set out within his previously filed Motion to Suppress Evidence and Statements" and the memorandum in support thereof. Def.'s Objs. at ¶ 3. This type of general objection is of little aid to the Court in focusing on any errors which may have been made by the Magistrate Judge.

The Court has carefully and independently reviewed the full record, and has read the transcript of the evidentiary hearing held in this matter on May 18, 2007. [Doc. 27] Having done so, the Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant O'Leary are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 29]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 20]

                                          */s/ Charles A. Shaw*
                                          **CHARLES A. SHAW**
                                          **UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of August, 2007.